**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>KARAM AL SADEQ, Applicant,<br><br>for an Order Pursuant to 28 USC § 1782 to Take Discovery for Use in Foreign Proceedings. | )<br>)<br>)   Civil Misc. No. ___<br>)<br>)<br>)<br>)<br>) |

### *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Applicant Karam Al Sadeq, through his undersigned counsel, hereby applies *ex parte* for an order pursuant to 28 U.S.C. § 1782 as follows:

1.      This application seeks entry of an order, in a form identical or similar to the proposed order attached to this application, granting Mr. Al Sadeq leave to serve the subpoenas attached as Exhibits A and B to this Application, pursuant to Rule 45 of the Federal Rules of Civil Procedure, on Respondent Mr. Arthur Newbold. The subpoenas direct Mr. Newbold to produce documents and provide testimony for use in UK civil litigation ("the Foreign Proceeding") concerning human rights abuses, unlawful detention, and gross misconduct carried out against Mr. Al Sadeq by Dechert LLP ("Dechert"), the Ras Al Khaimah Investment Authority ("RAKIA"), the sovereign wealth fund of the United Arab Emirate of Ras Al Khaimah ("RAK"), and others.

### PARTIES

2.      Mr. Karam Al Sadeq is a Jordanian citizen and former legal advisor to RAKIA.  He is currently incarcerated in RAK.

3.      Mr. Arthur Newbold is a retired Dechert partner who previously served as both the firm's General Counsel and as a member of the firm's Policy Committee – the firm's main decision-making leadership body. Mr. Newbold resides in Malvern, Pennsylvania.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1782.  *Bayer AG v. Betachem, Inc.*, 173 F.3d 188, 189 (3d Cir. 1999).

5.      This Court is the proper venue pursuant to 28 U.S.C. § 1391 because Mr. Newbold resides within this District. *See* 28 U.S.C. § 1391(b)(1), (c)(2) (civil action "may be brought in a judicial district in which any defendant resides").

## MR. AL SADEQ'S APPLICATION

6.      Mr. Al Sadeq's application is supported by the accompanying Memorandum of Law and Declaration of Haralambos Tsiattalou, an attorney representing Mr. Al Sadeq in the Foreign Proceeding, with accompanying exhibits.

7.      This application satisfies all the requirements set forth in 28 U.S.C. § 1782(a) and the factors set forth in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004).

WHEREFORE, Mr. Al Sadeq respectfully requests that the Court enter an order:

A.      Granting Mr. Al Sadeq's *ex parte* application for discovery from Mr. Newbold pursuant to 28 U.S.C. § 1782;

B.      Authorizing Mr. Al Sadeq to issue the subpoenas for documents and deposition testimony attached to this application as Exhibits A and B; and

C.      Awarding any and all other further relief to Mr. Al Sadeq as deemed just and proper.

February 6, 2025

Respectfully submitted,

   */s/ Joshua Drew*

Joshua Drew (Pa. Bar No. 310297)
Kirby D. Behre*
Lauren E. Briggerman*
MILLER & CHEVALIER CHARTERED
900 Sixteenth St. NW
Black Lives Matter Plaza
Washington, DC 20006
Tel. (202) 626-5800
Fax. (202) 626-5801
jdrew@milchev.com
kbehre@milchev.com
lbriggerman@milchev.com

*Pro Hac Vice Application Forthcoming

*Counsel for Applicant Karem Al Sadeq*