**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re *Ex Parte* Application of | ) |
| | ) |
| KARAM AL SADEQ, Applicant, | ) Civil Misc. No. ___ |
| | ) |
| for an Order Pursuant to 28 USC § 1782 to Take | ) |
| Discovery for Use in Foreign Proceedings. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING KARAM AL SADEQ'S *EX PARTE* APPLICATION
FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE
IN FOREIGN PROCEEDINGS**

This matter comes before the Court on the *ex parte* application of Karam Al Sadeq for an order granting Mr. Al Sadeq leave to serve the subpoenas attached as Exhibits A and B to his Application for discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 (the "Application"), which seeks documents and deposition testimony from Arthur Newbold in connection with litigation in the United Kingdom concerning human rights abuses, unlawful detention, and gross misconduct against Mr. Al Sadeq by Dechert LLP, Ras Al Khaimah Investment Authority, the sovereign wealth fund of the United Arab Emirate of Ras Al Khaimah, and others.

The Court, having fully considered the papers on file, and good cause appearing, hereby:

GRANTS the Application of Mr. Al Sadeq.

IT IS HEREBY ORDERED that Mr. Al Sadeq is granted leave to issue subpoenas and deposition notices substantially in the same form as those attached as Exhibits A and B to the Application, directing Mr. Newbold to produce the documents and provide the testimony requested in the subpoenas pursuant to Federal Rule of Civil Procedure 45.

1

2

IT IS FURTHER ORDERED that copies of the Application, memorandum of law, and declarations in support thereof, and this order shall be served upon Mr. Newbold at the following address:

Arthur Newbold
160 Grubb Road
Malvern, PA 19355-3504

**IT IS SO ORDERED.**


Dated this _____ day of _____, 2025.



By:    _____
       United States District Judge

2